IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SUSAN MEDRANO, et al., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. C-94-00498 |
| § | |
| YELLOW FREIGHT SYSTEMS, INC., § | |
| § | |
| Defendant. § | |

## ORDER GRANTING MOTION TO WITHDRAW
## FUNDS FROM THE REGISTRY OF THE COURT

On this day came on to be considered Movant's Motion on behalf of the minor child, Rudy Hernandez, to Withdraw Funds from the Registry of the Court. (D.E. 56.)  The Court finds that good cause exists for the withdrawal of funds for the benefit of the minor child, Rudy Hernandez, for school supplies and school clothes and, thus, hereby GRANTS Movant's Motion.  The District Clerk shall release the sum of $300.00 from the registry of the Court for the benefit of the minor child, Rudy Hernandez.

ORDERED this 27th day of August, 2007.

_____
Janis Graham Jack
United States District Judge